# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS MCKINLEY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:15-cv-00600 |
| | ) | CHIEF JUDGE CRENSHAW |
| NANCY BERRYHILL,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The referral to the Magistrate Judge (Doc. No. 6) is hereby vacated.

For the reasons set forth in the accompanying Memorandum Opinion, Douglas McKinley Smith's Motion for Judgment on the Administrative Record (Doc. No. 18) is **GRANTED** to the extent the case is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became Acting Commissioner for the Social Security Administration on January 23, 2017.